**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| WILLIAM WEAVER, | Case No. 8:25-cv-00072-RFR-RCC |
| Plaintiff, | |
| v. | **INDEX OF EVIDENCE IN SUPPORT OF DEFENDANT USAA GENERAL INDEMNITY COMPANY'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

Defendant USAA General Indemnity Company ("USAA GIC"), pursuant to NECivR 7.1(b)(2), submits the following evidence in support of USAA GIC's Brief in Opposition to Plaintiff William Weaver's ("Plaintiff") Motion to Compel and for Sanctions ("Motion to Compel") (Filing Nos. 48-50):

Exhibit 1:    Affidavit of Brooke H. McCarthy ("McCarthy Affidavit") in support of USAA GIC's Brief in Opposition ("Opposition Brief") to Plaintiff's Motion to Compel. Pursuant to NECivR 7.1(b)(2)(C), the McCarthy Affidavit authenticates the veracity of the evidence attached as Exhibits 2 through 9 to this Index of Evidence in support of USAA GIC's Opposition Brief.

Exhibit 2:    A true and correct copy of excerpts from the transcript of Plaintiff's Examination Under Oath on May 23, 2024, taken by USAA GIC in connection with Plaintiff's claim with respect to an alleged fire at Plaintiff's residence on or around August 14, 2023. In the above-captioned suit, USAA GIC produced the complete transcript of the May 23, 2024 Examination Under Oath with the Bates labels USAAGIC 001963— USAAGIC 002009.

Exhibit 3:    A true and correct copy of Plaintiff William Weaver's Verified Answers to USAA GIC's First Set of Interrogatories, served by Plaintiff on October 17, 2025 in the above-captioned suit.

Exhibit 4:    A true and correct copy of correspondence in the above-captioned suit from USAA GIC's counsel to Plaintiff's counsel, on behalf of USAA GIC, dated November 14, 2025.

4903-4227-4747.2

Exhibit 5:    A true and correct copy of correspondence in the above-captioned suit from USAA GIC's counsel to Plaintiff's counsel, on behalf of USAA GIC, dated January 28, 2026.

Exhibit 6:    A true and correct copy of correspondence in the above-captioned suit from USAA GIC's counsel to the Honorable Ryan C. Carson, on behalf of USAA GIC, dated February 4, 2026.  (Filing No. 45 at pp. 3-5).

Exhibit 7:    A true and correct copy of correspondence in the above-captioned suit from USAA GIC's counsel to Plaintiff's counsel, on behalf of USAA GIC, dated March 6, 2026.

Exhibit 8:    A true and correct copy of USAA GIC's Second Amended Privilege Log, served by USAA GIC on April 22, 2026 in the above-captioned suit.

Exhibit 9:    A true and correct copy of correspondence in the above-captioned suit from USAA GIC's counsel to the Honorable Ryan C. Carson, on behalf of USAA GIC, dated June 4, 2026.

Dated: July 14, 2026

By: */s/ Brooke H. McCarthy*
    Brooke H. McCarthy #25077
    Ashley A. Moore #25927
    **KUTAK ROCK LLP**
    1650 Farnam Street
    Omaha, NE 68102-2186
    Telephone: (402) 346-6000
    Email: brooke.mccarthy@kutakrock.com
    Email: ashley.moore@kutakrock.com

    *Attorneys for Defendant USAA General Indemnity Company*

2