**Exhibit 2**
**Excerpts from Transcript of Weaver's**
**May 23, 2024 Examination Under Oath**



## CLAIM NO.: 032464401-007

## EXAMINATION UNDER OATH OF

## WILLIAM WEAVER

## DATE:

## MAY 23, 2024

schedule@yourdepositions.com

402.303.3399

www.yourdepositions.com

USAA Confidential

0901119cbdaf4016

USAAGIC 001963

RE:    INSURED: WILLIAM WEAVER

CLAIM NO.: 032464401-007

DATE/LOSS: 08/14/2023

EXAMINATION UNDER OATH OF WILLIAM WEAVER

DATE:      MAY 23, 2024

REPORTER:  NIYA JORDAN

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102


GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

USAA Confidential

0901119cbdaf4016

USAAGIC 001964

Page 122

earlier. I -- I don't think so. I'm going to -- I'm going to pass for the moment.

MR. BECKNELL: Okay. Well, at this time, I think we can conclude this proceeding. Like I said, we -- we will be in touch if we need an additional EUO. Obviously the -- the quicker you can provide us with this information, the better we can kind of go through. And I have a lot of documents we need to -- to go through now, so we will be in touch. I will contact your -- your attorney.

MR. BRAUER: I haven't looked through all the stuff they gave me, but it looks like you guys have a letter or something that says you've got some bank records, so I'm assuming you have that. Or maybe -- maybe it was one of the prior attorneys, because I know there's been a change a couple of times.

MR. BECKNELL: Well -- and he provided some today.

MR. BRAUER: Did you get some now?

MR. BECKNELL: Yeah. He -- he provided some --

MR. BRAUER: I didn't notice them in here. Well, maybe this is it.

MR. BECKNELL: Yeah.

MR. BRAUER: I just remembered -- okay, there's

Page 123

some names. Okay. Maybe you got what you need.

MR. BECKNELL: I -- I will let you know.

THE WITNESS: There's some other documents that I'm waiting on for through the mail, because I couldn't get them to -- to e-mail.

MR. BECKNELL: Okay.

THE WITNESS: So I'm waiting on that. As soon as I get that, I will -- I will e-mail him on -- on the other documents as well, so -- and then he can forward it to you, or whatever the case may be. But I -- I can make sure that he gets it.

MR. BECKNELL: Okay. Well, I do appreciate that.

THE WITNESS: Uh-huh.

THE REPORTER: Before we go off the record, how would you like your transcript?

MR. BECKNELL: Electronically --

THE REPORTER: All right. And Mr. Brauer, how would you like --

MR. BRAUER: Electronic and index.

THE REPORTER: All right.

MR. BRAUER: Word index.

THE REPORTER: We are off the record.

(DEPOSITION CONCLUDED AT 4:54 P.M. CT)

Page 124

CERTIFICATE OF REPORTER

STATE OF NEBRASKA

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded digitally by me and then reduced to type written form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability. I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

GENERAL NOTARY - State of Nebraska
NIYA JORDAN
My Comm. Exp. September 12, 2027

NIYA JORDAN,

COURT REPORTER / NOTARY

MY COMMISSION EXPIRES ON: 09/12/2027

SUBMITTED ON: 06/11/2024

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com



USAA Confidential

0901119cbdaf4016

USAAGIC 001995